■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VALI GELZER, Appellant. [60 NYS3d 829]—

Judgment, Supreme Court, New York County (Thomas

Farber, J.), rendered April 8, 2014, convicting defendant, after a jury trial, of assault in the second degree, and sentencing her to a term of five years' probation, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's credibility determinations. The evidence amply supported the conclusion that when defendant severely beat, kicked and stomped her 83-year-old mother, including the use of the mother's walker as a weapon, defendant intended to cause physical injury and did not act in self-defense. Concur—Acosta, P.J., Renwick, Webber, Oing and Moulton, JJ.